PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
DANIEL P. TALBERT
Special Assistant United States Attorney
  Social Security Administration
  160 Spear Street, Suite 800
  San Francisco, CA 94105
  Telephone: (415) 977-8995
  Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| FRANK ROSELI BERMEA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>Defendant. | No. 1:20-cv-01232-BAM<br><br>STIPULATION AND ORDER TO REMAND FOR FURTHER PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF |

The parties stipulate by counsel that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

Upon remand, the Appeals Council will instruct the Administrative Law Judge to evaluate the claimant's allegations of disability pursuant to the sequential evaluation process, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted March 25, 2021.

DATED: March 25, 2021

*/s/ Cyrus Safa*
CYRUS SAFA
(as authorized by email)
Attorney for Plaintiff

PHILLIP A. TALBERT
Acting United States Attorney

DATED: March 25, 2021     By     *s/ Daniel P. Talbert*
DANIEL P. TALBERT
Special Assistant United States Attorney

Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand. The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated: **March 29, 2021**      /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE